## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 06-06012-01-CR-SJ-NKL |
| WILLIAM S. PRICE, | ) ) ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On April 17, 2007, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States:

    Western Digital Brand, 120 gig hard drive, serial #WMA8C4074305.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property was published in the *Clinton County Leader*, a daily newspaper of general circulation published in Clinton County, Missouri, on June 7, 2007, June 14, 2007, and June 21, 2007. There were no claimants who properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual notice. Therefore, any other persons claiming any right, title or interest in or to the above-described property are held to be in default.

Based upon the plea agreement, the Court finds that the defendant William S. Price had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253.

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-

described property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253, and is to be disposed of according to law.

    2.  All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

    3.  The claims and interests of any other persons or parties are forever foreclosed and barred.

    4.   The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.


DATED: July 14, 2008                                                            s/ NANETTE K. LAUGHREY
                                                                                             Nanette K. Laughrey
                                                                                             United States District Judge