# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

WILLIAM S. PRICE

    v.

USA

Case Number: 10-06120-CV-SJ-NKL-P
06-06012-01-CR-SJ-NKL

- **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

- that William S. Price's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [Doc. #1] is denied.

ENTERED ON: April 11, 2011

    ANN THOMPSON
    Court Executive

    L. Bax
    (By) Deputy Clerk